# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The contents of a Cellular Phone with the assigned<br>phone number of 931-993-8443 | ) ) ) ) ) ) Case No. 1:16-mj- 43 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
The contents of a Cellular Phone with the assigned phone number of 931-993-8443, in the possession, care, and control of Wesley Thomas Ryan, as more specifically described in Attachment "A," attached and incorporated

located in the _____Eastern_____ District of _____Tennessee_____, there is now concealed *(identify the person or describe the property to be seized)*:
evidence, fruits, and instrumentalites of violations of 18 U.S.C. 2251, 2252, and 2252A, as more specifically described in Attachment "B," attached and incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251 | production of child pornography |
| 18 U.S.C. 2252 and 2252A | distribution and possession of child pornography |

The application is based on these facts:
see attached affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Terri L. Green, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/13/2016

*Judge's signature*

City and state: Chattanooga, Tennessee     Hon. Christopher H. Steger, U.S. Magistrate Judge
*Printed name and title*